1  Patrick J. Folan (CA Bar No. 125340)
   Michael R. Minguet (CA Bar No. 204027)
2  ST. JOHN, WALLACE, BRENNAN & FOLAN LLP
   21515 Hawthorne Blvd., Suite 1120
3  Torrance, California 90503-6504
   Telephone: (310) 792-1075
4  Facsimile: (310) 792-0635
   E-mail: pjfolan@swbf.net
5
   Attorneys for Defendants
6  Mark J. Immel and Sandra M. Penner

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | BANK OF AMERICA, N.A., a Delaware ) | CASE No. 10-C-02483-CRB
   | corporation,                      ) |
12 |                                   ) | Reassigned to Hon. Charles R. Breyer
   |                  Plaintiffs,      ) | and to Duty Judge Jeffrey S. White
13 |                                   ) |
   |      vs.                          ) |
14 |                                   ) | **STIPULATION AND [Proposed]**
   | MARK J. IMMEL, an individual; and ) | **ORDER RE: MODIFYING ,**
15 | SANDRA M. PENNER, an individual,  ) | **PRELIMINARY INJUNCTION**
   |                                   ) | **HEARING DATE, BRIEFING**
16 |                                   ) | **SCHEDULE, DISCOVERY**
   |                  Defendants.      ) | **COMPLETION DATE AND**
17 |                                   ) | **EXTENDING TIME FOR**
   |                                   ) | **DEFENDANTS TO FILE A**
18 |                                   ) | **RESPONSE TO PLAINTIFF'S**
   |                                   ) | **COMPLAINT**
19 | _____   ) |

20

21     Plaintiff Bank of America, N.A. ("Bank of America"), Defendant Mark J. Immel

22 ("Immel") and Defendant Sandra M. Penner ("Penner") (Bank of America, Immel and

23 Penner are collectively referred to as "the Parties") through their respective counsel of

24 record, hereby stipulate and agree as follows:

25

26

27

28
   ─────────────────────────────────────────────
   STIPULATION and [Proposed] ORDER RE: MODIFYING BRIEFING SCHEDULE
                                          CASE No. 10-C-02483-CRB
                          -1-

1. WHEREAS on June 11, 2010, United States District Judge Jeffrey S. White issued a Temporary Retraining Order & Order to Show Cause Re Preliminary Injunction, set an Order to Show Cause Re Preliminary Injunction hearing date on July 9, 2010 at 10:00 a.m. in the Courtroom of the Hon. Charles R. Breyer, set a discovery completion date of June 25, 2010 and set the following briefing schedule for the hearing on the Order to Show Cause Re Preliminary Injunction:

    June 30, 2010    Plaintiff's Opening Brief due by 12pm;

    July 2, 2010    Defendants' Opposition Brief due by 12pm; and

    July 7, 2010    Plaintiff's Reply Brief due by 12pm.

With courtesy copies of the briefs due in chambers by 1pm on the dates listed above;

2. WHEREAS, the Parties are in the midst of settlement discussions and judicial economy and the interests of justice would be best served by vacating the current Order to Show Cause Re Preliminary Injunction hearing date, discovery completion date, briefing dates and Defendants' response filing date and setting new dates as agreed to by the Parties;

3. WHEREAS, there have been no other time modifications in this case and the requested time modification will not materially affect the schedule for the case.

**IT IS HEREBY STIPULATED AND AGREED** that:

The Order to Show Cause Re Preliminary Injunction hearing date shall be August 6, 2010 at 10:00 a.m. in the Courtroom of the Hon. Charles R. Breyer;

Discovery must be completed by July 23, 2010;

The Parties are subject to the following briefing schedule:

    July 28, 2010    Plaintiff's Opening Brief due by 12pm;

    July 30, 2010    Defendants' Opposition Brief due by 12pm; and

    August 4, 2010    Plaintiff's Reply Brief due by 12pm.

With courtesy copies of the briefs due in chambers by 1pm on the dates listed above;

//

1  Defendants shall have up to and including July 9, 2010 in which to file and
2  serve their response to Plaintiff's complaint;
3  IT IS SO STIPULATED:

Dated: 6/25/10

TATRO TEKOSKY SADWICK LLP

By: Juliet A. Markowitz
René P. Tatro
Attorneys for Plaintiff Bank of America, N.A.

Dated: _____

ST. JOHN, WALLACE, BRENNAN & FOLAN LLP

By: Patrick J. Folan
Michael R. Minguet
Attorneys for Defendants
Mark J. Immel and Sandra M. Penner

### ~~PROPOSED~~ ORDER MODIFYING ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION HEARING DATE, BRIEFING SCHEDULE, DISCOVERY COMPLETION DATE AND EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSE TO COMPLAINT

A.  The hearing on the Order to Show Cause Re Preliminary Injunction shall be on August 6, 2010 at 10:00 a.m. in the Courtroom of the Hon. Charles R. Breyer, located at 450 Golden Gate Ave., 19th Floor, San Francisco, CA 94102;

B.  The following briefing schedule will govern the Order to Show Cause Re Preliminary Injunction:

July 28, 2010   Plaintiff's Opening Brief due by 12pm;

1       Defendants shall have up to and including July 9, 2010 in which to file and serve their response to Plaintiff's complaint;

      IT IS SO STIPULATED:

Dated: _____         TATRO TEKOSKY SADWICK LLP

                                        _____
                            By:  Juliet A. Markowitz
                                  René P. Tatro
                                  Attorneys for Plaintiff Bank of America, N.A.

Dated: _____         ST. JOHN, WALLACE, BRENNAN
                                          & FOLAN LLP

                                        \_\_/s/_____
                            By:  Patrick J. Folan
                                  Michael R. Minguet
                                  Attorneys for Defendants
                                  Mark J. Immel and Sandra M. Penner

<b>~~PROPOSED~~ ORDER MODIFYING<br>
ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION HEARING<br>
DATE, BRIEFING SCHEDULE, DISCOVERY COMPLETION DATE AND<br>
EXTENDING TIME FOR DEFENDANTS TO FILE<br>
RESPONSE TO COMPLAINT</b>

    A.    The hearing on the Order to Show Cause Re Preliminary Injunction shall be on August 6, 2010 at 10:00 a.m. in the Courtroom of the Hon. Charles R. Breyer, located at 450 Golden Gate Ave., 19th Floor, San Francisco, CA 94102;

    B.    The following briefing schedule will govern the Order to Show Cause Re Preliminary Injunction:

        July 28, 2010        Plaintiff's Opening Brief due by 12pm;

---

STIPULATION and [Proposed] ORDER RE: MODIFYING BRIEFING SCHEDULE
                                                            CASE No. 10-C-02483-CRB

|   |   |   |
|---|---|---|
| 1 | July 30, 2010 | Defendants' Opposition Brief due by 12pm; and |
| 2 | August 4, 2010 | Plaintiff's Reply Brief due by 12pm. |

With courtesy copies of the briefs due in chambers by 1pm on the dates listed above;

    C.    Discovery shall be completed by July 23, 2010; and

    D.    Defendants shall have up to and including July 9, 2010 in which to file and serve a response to Plaintiff's complaint;

    E.    All other terms of the Court's June 11, 2010 Temporary Retraining Order & Order to Show Cause Re Preliminary Injunction shall remain in effect pending the hearing on the Order to Show Cause Re Preliminary Injunction, case resolution or Defendants' motion to dissolve or modify the Temporary Retraining Order & Order to Show Cause Re Preliminary Injunction.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __June 28, 2010_____

_____
Hon. Jeffrey S. White
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

...\Citi...Immel..\Stip.Modify.Brief.Sched.wpd

STIPULATION and [Proposed] ORDER RE: MODIFYING BRIEFING SCHEDULE
CASE No. 10-C-02483-CRB