René P. Tatro (State Bar No. 78383)
Juliet A. Markowitz (State Bar No. 164038)
Thomas E. Reiber (State Bar No. 162572)
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, California  90071
Telephone:     (213) 225-7171
Facsimile:     (213) 225-7151
E-mail: renetatro@ttsmlaw.com
              jmarkowitz@ttsmlaw.com
              treiber@ttsmlaw.com

Attorneys for Plaintiff
Bank of America N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA N.A., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> MARK J. IMMEL, an individual, and SANDRA M. PENNER, an individual <br><br> Defendants. | Case No. 10-CV-02483-CRB <br><br> **NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER MODIFYING ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION DEADLINES AND VACATING SCHEDULE** <br><br> Action Filed:  June 4, 2010 |

Plaintiff Bank of America N.A. ("BofA") and defendants Mark J. Immel and Sandra M. Penner (collectively, "Defendants") hereby inform the Court that the Parties (*i.e.*, BofA and Defendants, collectively) have reached a settlement in principle of this action, subject to signature by all Parties, and Defendants' current employer, to a written settlement agreement.  The Parties currently are preparing such written settlement agreement.

/ / /

Tatro Tekosky Sadwick LLP
ATTORNEYS AT LAW

1

**NOTICE OF SETTLEMENT; STIPULATION AND ORDER MODIFYING ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION DEADLINES AND VACATING SCHEDULE     Case No. 10-C-02483-CRB**

**ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE**, and respectfully request, that:

1. All dates currently set in this case (including but not limited to the July 9, 2010 deadline for Defendants to respond to the complaint, the July 23, 2010 deadline to complete limited discovery related to the preliminary injunction, and the briefing schedule for the Order to Show Cause re Preliminary Injunction) be vacated;

2. All other terms of the Court's June 11, 2010 Temporary Restraining Order & Order to Show Cause re Preliminary Injunction ("June 11, 2010 TRO") remain in effect pending the earlier of the dismissal of this action (unless otherwise agreed by the Parties) or – in the event the settlement is not finalized – the hearing on the Order to Show Cause re Preliminary Injunction or on any motion to dissolve or modify the June 11, 2010 TRO that Defendants may file;

3. The August 6, 2010 hearing on the Order to Show Cause re Preliminary Injunction be reset as a Status Conference. At that time, if the settlement has not been finalized and the case has not been dismissed, the parties can update the Court as to the status of the settlement documentation or otherwise address any relevant issues, including scheduling.

Date: July 8, 2010

TATRO TEKOSKY SADWICK LLP

/s/ René P. Tatro
By: René P. Tatro
Attorney for Plaintiff, Bank of America N.A.

Date: July 8, 2010

ST. JOHN, WALLACE, BRENNAN & FOLAN LLP

By: Patrick J. Folan
Michael R. Minguet
Attorney for Defendants
Mark J. Immel and Sandra M. Penner

Tatro Tekosky Sadwick LLP
ATTORNEYS AT LAW

2

NOTICE OF SETTLEMENT; STIPULATION AND ORDER MODIFYING ORDER TO SHOW CAUSE RE
PRELIMINARY INJUNCTION DEADLINES AND VACATING SCHEDULE     Case No. 10-C-02483-CRB

**[PROPOSED] ORDER
MODIFYING ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
DEADLINES AND VACATING SCHEDULE**

1. All dates currently set in this case (including but not limited to the July 9, 2010 deadline for Defendants to respond to the complaint, the July 23, 2010 deadline to complete limited discovery related to the preliminary injunction, and the briefing schedule for the Order to Show Cause re Preliminary Injunction) are hereby vacated;

2. All other terms of the Court's June 11, 2010 Temporary Restraining Order & Order to Show Cause re Preliminary Injunction ("June 11, 2010 TRO") shall remain in effect pending the earlier of the dismissal of this action (unless otherwise agreed by the Parties) or – in the event the settlement is not finalized – the hearing on the Order to Show Cause re Preliminary Injunction or on any motion to dissolve or modify the June 11, 2010 TRO that Defendants may file; and

3. If this case has not been dismissed by August 6, 2010, a Status Conference shall be held on August 6, 2010 at 10:00 a.m. in the Courtroom of the Honorable Charles R. Breyer, located at 450 Golden Gate Ave., 19th Floor, San Francisco, CA  94102.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __July 9, 2010_____     _____
Honorable Charles R. Breyer
United States District Judge



Tatro Tekosky
Sadwick LLP
ATTORNEYS AT LAW