UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA N.A., a Delaware corporation,<br><br>　　　　　　　　Plaintiff<br><br>　　v.<br><br>MARK J. IMMEL, an individual, and SANDRA M. PENNER, an individual,<br><br>　　　　　　　　Defendants. | Case No. 10-CV-02483-CRB<br><br>[PROPOSED] ORDER RELEASING APPEARANCE BOND DEPOSITED JUNE 11, 2010 |

Pursuant to Notice given and filed with this Court on July 28, 2010 that, pursuant to the settlement agreement between and among the parties, this action be voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), Bank of America hereby requests the Clerk of the Court release the funds deposited on June 11, 2010.

Bank of America requests that these funds be returned by the Clerk of the Court to Tatro Tekosky Sadwick LLP, 333 S. Grand Avenue, Suite 4270, Los Angeles, CA 90071.

For the Court's convenience, attached as Exhibit A, is a true and correct copy of Plaintiff's Notice of Posting of Bond.

1 **IT SO ORDERED.**

2

3  Febraury 28, 2014              By: _____
4                                      Hon. Charles R. Breyer
                                       United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2014, I electronically filed

# [PROPOSED] ORDER RELEASING APPEARANCE BOND DEPOSITED JUNE 11, 2010

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Mr. Patrick J. Folan
St. John, Wallace, Brennan & Folan LLP
21515 Hawthorne Blvd., Suite 1120
Torrance, CA  90503-6504


I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

                                                      s/*Karen L. Roberts*
                                                    Karen L. Roberts